UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RETAINED REALTY, INC. | : |
| | : |
| v. | : CIV. NO. 3:06cv493(JCH) |
| | : |
| MCCABE, ET AL | : |
| | : |

## Order

The court held a hearing in this case on March 14, 2008. After hearing from counsel, plaintiff's motion for protective order [Doc. #144] is **denied**.

Plaintiff's motion for a protective order seeks to prevent defendant from having access to the entire loan file. Specifically, defendant is seeking correspondence to and from any representative or agent of the Estate concerning the loan, mortgage, note, property, Mr. Spitzer or the Estate and notes, memos, emails, and diaries which reference the loan. The defendants request that this information be brought with James Raborn to his deposition, scheduled for Monday, March 17, 2008. The Court finds that the information requested is relevant and its production is not unduly burdensome.

Moreover, plaintiff has informed the court that this information can be produced for the scheduled deposition and is hereby ordered to do so.

SO ORDERED at Bridgeport this 14th day of March, 2008.

_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE